UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVEN LAINE,

        Plaintiff(s),                  Case No. 10-14318

v.                                       Honorable Lawrence P. Zatkoff

ZENITH ACQUISITION CORP.,

        Defendant(s).
_____/

## ORDER TO SHOW CAUSE

        IT IS ORDERED that    PLAINTIFFS    SHOW CAUSE, in writing, by   FEBRUARY 17, 2011  , why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich. LR 41.2.

Date: February 3, 2011                          s/Lawrence P. Zatkoff
                                                        Lawrence P. Zatkoff
                                                        U.S. District Judge

## Certificate of Service

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        S/MARIE E. VERLINDE
                                                        Deputy Clerk