**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Steven Laine, | Case No. 2:10-cv-14318-LPZ-MJH |
| Plaintiff, | |
| v. | **RESPONSE TO ORDER TO SHOW CAUSE** |
| Zenith Acquisition Corporation, | |
| Defendant. | |

Pursuant to the Court's Order to Show Cause (Doc. 4), Plaintiff states as follows:

The parties reached a settlement of this matter on January 11, 2011.  At this point the settlement terms are fully executed and Plaintiff will file a Notice of Dismissal with prejudice contemporaneously with this response.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: s/Timothy J. Sostrin
      Timothy J. Sostrin
      233 S. Wacker, Suite 5150
      Chicago, IL 60606
      Telephone:  312-753-7576
      Fax: 312-822-1064
      Email:  tjs@legalhelpers.com