# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Steven Laine, | Case No. 2:10-cv-14318-LPZ-MJH |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Zenith Acquisition Corporation, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.
        Attorneys for Plaintiff

        By: s/Timothy J. Sostrin
            Timothy J. Sostrin
            233 S. Wacker, Suite 5150
            Chicago, IL 60606
            Telephone:  312-753-7576
            Fax: 312-822-1064
            Email:  tjs@legalhelpers.com

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2011, I served Defendant with the foregoing Notice by U.S. mail addressed as follows:

Mel S. Harris & Associates, P.C.
Arthur Sanders
5 Hanover Square, 8th Floor
New York, NY 10004

                /s/ Timothy J. Sostrn