UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN LAINE,

    Plaintiff,

v.

                                        Case No. 10-14318
                                        Hon. Lawrence P. Zatkoff

ZENITH ACQUISITION CORP.,

    Defendant,

_____/

## ORDER

This matter is before the Court on the Court's order for Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute [dkt 4]. Plaintiff timely responded to the Court's show-cause order, stating that the parties reached a settlement of this matter and submitting a notice of dismissal of the case with prejudice. *See* Fed. R. Civ. P. 41(a)(1) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."). Accordingly, IT IS HEREBY ORDERED that the Court's show-cause order [dkt 4] is WITHDRAWN. This case is now closed.

    IT IS SO ORDERED.

                                                  S/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2011

## CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 23, 2011.

              S/Marie E. Verlinde
              Case Manager
              (810) 984-3290